## In re ARMANN.

(Circuit Court of Appeals, Second Circuit. January 18, 1918.)

No. 84.

1. BANKRUPTCY ⬤⟶444—PETITION TO REVISE—EXTENSION OF TIME.
    Where an extension of time for filing a petition to revise was obtained,
    such petition may be considered, though not filed within the 10-day period
    prescribed by court rule 38 (235 Fed. xi, 148 C. C. A. xi).

2. BANKRUPTCY ⬤⟶446—PETITIONS TO REVISE—SCOPE OF REVIEW.
    On petition to revise, the appellate court is restricted to questions of
    law, and determinations of fact cannot be reconsidered.

Petition to Revise Order of the District Court of the United States
for the Eastern District of New York.

In the matter of the bankruptcy of Charles Armann. Petition by
Lucius E. Judson, trustee, to revise an order of the District Court.
Order affirmed.

Before WARD and ROGERS, Circuit Judges, and LEARNED
HAND, District Judge.

PER CURIAM. [1] This is a petition to revise by the trustee in
bankruptcy under section 24b of the Bankruptcy Act (Act July 1, 1898,
c. 541, 30 Stat. 553 [Comp. St. 1916, § 9608]), which we lately dismiss-
ed (247 Fed. 483, —— C. C. A. ——), because the record showed that it
had not been taken within 10 days after entry of the order, as required
by our rule 38 (235 Fed. xi, 148 C. C. A. xi). The petitioner subse-
quently obtained leave to show, and has shown, that by mistake an en-
try of the District Court extending his time had been omitted from the
record. This requires us to dispose of the petition on its merits.

[2] Our authority to revise is restricted to questions of law, and
both the referee and the District Judge having found as matter of
fact that the creditor had no reasonable cause to believe that a pref-
erence was intended by the transfer to him, the conclusion of law that
it was not voidable under section 60b, and that the fund in the pos-
session of the trustee should be paid over to the creditor, is obviously
right. If we had jurisdiction to pass upon the fact, we should agree
with the court below upon that question also.

The order is affirmed.

⬤⟶For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes